# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward , CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

November 18, 2016

Bradford Hodach Atty
317 Washington St #108
Oakland, CA 94607


Chapter 13 Case No.: 11-71679-WJL13
Re: Dawn Jenkins

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 87 months. This is 27 months over the 60 month term per the confirmed plan (Doc# 15, modified Doc#32). The reason(s) are:


plan fails to pay secured, priority, and administrative claims.

Failure to correct this/these issues could result in a Motion to Dismiss.


Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee




CC:
Dawn Jenkins
4719 Woodbridge
Antioch, CA 94531